AUGUST 3, 1988

No. 87–796. CITIES SERVICE GAS CO. ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 10th Cir. Joint application to vacate the stay entered on June 13, 1988 [486 U. S. 1051], presented to JUSTICE WHITE, and by him referred to the Court, granted only to the limited extent that this Court's order of June 13, 1988, granting the motion for recall and stay of the mandate of the United States Court of Appeals for the Tenth Circuit in this case pending this Court's action on the petition for certiorari, shall be modified in the following respect: The United States Court of Appeals for the Tenth Circuit is authorized to remand the case to the United States District Court for the District of Kansas for the sole purpose of determining whether the settlement should be approved. The District Court is authorized only to carry out the necessary proceedings to determine whether the settlement should be approved, and either to disapprove the settlement or to enter the appropriate orders disposing of the case if the settlement is approved. If the settlement is disapproved, then this Court's order of June 13, 1988, remains in effect without further modification. This Court's order of June 30, 1988 [*ante*, p. 1231], granting the motion to defer consideration of the petition for certiorari in this case, remains in effect without modification.

AUGUST 4, 1988

No. — – ——. MOLINA *v.* UNITED STATES, *ante*, p. 1214;

No. 87–1122. CROWLEY MARITIME CORP. ET AL. *v.* ZIPFEL ET AL., 486 U. S. 1054;

No. 87–1391. HALLIBURTON CO. ET AL. *v.* ZIPFEL ET AL., 486 U. S. 1054;

No. 87–1251. IN RE SOWELL, 484 U. S. 1057;

No. 87–1492. SPIEGEL *v.* CONTINENTAL ILLINOIS NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL., 485 U. S. 1009;

No. 87–1523. MORRIS *v.* COMPAGNIE MARITIME DES CHARGEURS REUNIS, S. A., ET AL., 485 U. S. 1022;

No. 87–1582. FITZGERALD *v.* MONTANA DEPARTMENT OF FAMILY SERVICES ET AL., *ante*, p. 1201;

No. 87–1601. BELL, INDIVIDUALLY AND DBA WES OUTDOOR ADVERTISING CO. *v.* NEW JERSEY ET AL., 486 U. S. 1001;

No. 87–1694.   ROSE v. TEXAS, 486 U. S. 1055;

No. 87–1820.   HYSLEP ET UX. v. COMMISSIONER OF INTERNAL REVENUE, 486 U. S. 1044;

No. 87–5425.   ROBERTS v. ROBERTS, 485 U. S. 963;

No. 87–6008.   FISHER v. OKLAHOMA, 486 U. S. 1061;

No. 87–6096.   KYLES v. LOUISIANA, 486 U. S. 1027;

No. 87–6196.   GARDNER v. NORTH CAROLINA, 486 U. S. 1061;

No. 87–6365.   KNOX v. TEXAS, 486 U. S. 1061;

No. 87–6486.   LEVERT v. ESTELLE, WARDEN, ET AL., *ante*, p. 1207;

No. 87–6746.   MIRANDA v. CALIFORNIA, 486 U. S. 1038;

No. 87–6816.   MAY v. PRO-GUARD, INC., 486 U. S. 1045;

No. 87–6817.   WILLIAMS v. PLANNED PARENTHOOD FEDERATION OF AMERICA ET AL., 486 U. S. 1047;

No. 87–6863.   TROTZ, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF TROTZ v. LAWRUK ET AL., T/A PENN ALTO HOTEL, *ante*, p. 1220;

No. 87–6864.   SPENCER v. ILLINOIS, *ante*, p. 1208;

No. 87–6875.   TROTZ v. PENNSYLVANIA UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, *ante*, p. 1208;

No. 87–6905.   FOSTER v. ILLINOIS, 486 U. S. 1047;

No. 87–6912.   WATERS v. NEUBERT ET AL., *ante*, p. 1209;

No. 87–6926.   JOHNSON v. ILLINOIS, 486 U. S. 1047;

No. 87–6959.   McGEE v. RANDALL DIVISION OF TEXTRON, INC., OF GRENADA, MISSISSIPPI, *ante*, p. 1209; and

No. 87–7017.   FLORES ET AL. v. MUNICIPALITY OF CAROLINA, *ante*, p. 1239.   Petitions for rehearing denied.

No. 87–1520.   WILEY v. MISSISSIPPI, 486 U. S. 1036.   Motion of petitioner for leave to proceed further herein *in forma pauperis* granted.   Petition for rehearing denied.

No. 87–1780.   BURT v. JUSTICES OF THE SUPREME COURT OF IDAHO ET AL., 486 U. S. 1061.   Petition for rehearing denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.

No. 87–6447.   THACKER v. BUMGARNER, SUPERINTENDENT, NORTH CAROLINA SOUTHERN CORRECTIONAL CENTER, 485 U. S. 1011.   Motion for leave to file petition for rehearing denied.

No. 87–6752.   GAUNCE v. UNITED STATES; GAUNCE v. DEVINCENTIS ET AL.; and GAUNCE v. NATIONAL TRANSPORTATION